```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION at PIKEVILLE
```

RUTH NEWSOME,                  )
                               )
    Plaintiff,                 )
                               )    Civil Case No. 16-cv-107-
v.                             )              JMH
                               )
NANCY A. BERRYHILL, Acting     )
Commissioner of Social         )
Security,                      )         **JUDGMENT**
                               )
    Defendant.                 )

                                    ***

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(3) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**;

(4) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET** and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 17th day of March, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge